[No. 18521-1-II.    Division Two.    August 23, 1996.]

In the Matter of the Marriage of KATHY JOHNSON, *Respondent*, and JOSEPH JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-01372-7, Thomas A. Swayze, Jr., J., entered July 8, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 18570-9-II.    Division Two.    August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA ROYAL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00275-9, Robert L. Harris, J., entered July 15, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 18577-6-II.    Division Two.    August 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY G. FELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00943-5, M. Karlyn Haberly, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Turner, JJ.

[No. 18821-0-II.    Division Two.    August 23, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. TAMARA DIANE STEIN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00962-1, Thomas L. Lodge, J., entered October 17, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.